UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:11MJ20 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| DAVID WAYNE WILSON | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This 24th day of September, 2012.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA